**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 06-CR-115 (MJD/SRN)**

**United States of America,**

    **Plaintiff,**

    **v.**                                                                    **ORDER**

**Eddie Ray Jackson,**

    **Defendants**.

___

Erika R. Mozangue, Esq., on behalf of Plaintiff

Mark D. Nyvold, Esq., on behalf of Defendant

___

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 14, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Suppress Obtained in Violation of the Fourth Amendment (Doc. No. 26) is **DENIED**.

DATED: July 17, 2006                          s / Michael J. Davis
                                                       Judge Michael J. Davis
                                                       United States District Court Judge